| | |
|---|---|
| 1<br>2<br>3<br>4 | Ryan Gustafson, 220802<br>(310) 902-0673<br>Good Gustafson Aumais LLP<br>2330 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064<br>Representing: Plaintiff |

File No. Murphy v Unilever

United States District Court, Northern District of California

Northern District of California - District - Eureka

Margaret Murphy

        Plaintiff/Petitioner

        vs.

UNILEVER UNITED STATES, INC.

        Defendant/Respondent

Case No. 1-22-cv-07468

Proof of Service of:

    Civil Case Cover Sheet, Summons, Complaint

Service on:

    UNILEVER UNITED STATES, INC.

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#19365895

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan Gustafson, 220802<br>Good Gustafson Aumais LLP<br>2330 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064 | (310) 902-0673 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Murphy v Unilever | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
518 W. Clark Street
Eureka, CA 95501

PLAINTIFF:

Margaret Murphy

DEFENDANT:

UNILEVER UNITED STATES, INC.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1-22-cv-07468 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Summons, Complaint

2. Party Served: UNILEVER UNITED STATES, INC.

3. Person Served: The Corporation Trust Company—Nadia Bellamy - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:    11/29/2022            2:18PM

5. Address, City and State:    1209 Orange Street
                               Wilmington, DE 19801

6. Manner of Service:          Personal Service - By personally delivering copies.

Fee for Service: $ 160

**Not a registered California process server.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

William Bailey
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

Signature: _____

William Bailey

OL# 19365895