1  Ronald Y. Rothstein (admitted *Pro Hac Vice*)
   WINSTON & STRAWN LLP
2  35 W. Wacker Drive
   Chicago, IL 60601-9703
3  Telephone:    (312) 558-5600
   Facsimile:    (312) 558-5700
4
   Rebecca M. Loegering (admitted *Pro Hac Vice*)
5  WINSTON & STRAWN LLP
   2121 N. Pearl St., Suite 900
6  Dallas, TX 75201
   Telephone:    (214) 453-6500
7  Facsimile:    (214) 453-6400

8  Attorneys for Defendant
   UNILEVER UNITED STATES INC.
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## EUREKA DIVISION

| Margaret Murphy, individually, and on behalf of those similarly situated, | Case No. 3:22-cv-07468-TLT |
|---|---|
| Plaintiff, | **MOTION TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER VENUE** |
| v. | |
| Unilever United States, Inc., | |
| Defendant. | |

Defendant Unilever United States, Inc. ("Unilever" or "Defendant") respectfully requests that this Court enter a briefing schedule on Defendant's forthcoming Motion to Transfer Venue ("Motion to Transfer").

This case arises from the discovery that certain products manufactured by one of Defendant's subsidiaries—The Laundress, LLC ("The Laundress")— were at risk of containing certain bacteria. Upon discovering the issue, The Laundress immediately issued a public Safety Notice and recall, advising consumers to stop using the products at issue and offering a full refund to anyone who had purchased one of the products at issue. Rather than accepting Defendant's standing offer of a full refund, several consumers have filed putative class action lawsuits in New York and California district courts seeking to recover the very same refund through the judicial process. This is one of four lawsuits pending against Defendant and certain affiliated entities relating to the recall.

The other three lawsuits relating to the recall are all pending before Judge Furman in the Southern District of New York. *See Skillman v. The Laundress, LLC*, Case No. 1:22-cv-10008-JMF (the "*Skillman* case"); *Ostenfeld v. The Laundress, LLC, and Conopco, Inc. d/b/a Unilever Home & Personal Care USA*, Case No. 1:22-cv-10667-JMF (the "*Ostenfeld* case"); *Forbus v. The Laundress, LLC, and Conopco, Inc. d/b/a Unilever Home & Personal Care USA*, Case No. 1:22-cv-10760-JMF (the "*Forbus* case"). On January 11, 2023, Judge Furman issued an order stating that "the cases appear to involve common questions of law and fact," and that "the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes." *See Skillman* case, No. 1:22-cv-10008-JMF, ECF No. 14.

Because this case also involves common questions of law and fact as the cases currently pending before Judge Furman, and because Judge Furman is presiding over the first of these related cases to be filed, Defendant intends to file a motion to transfer this case to the Southern District of New York so that it can be consolidated with the other three related cases. Defendant respectfully

requests that this Court enter the following briefing schedule for the forthcoming Motion to Transfer:

- Defendant's deadline to file a Motion to Transfer is February 3, 2023;
- Plaintiff's deadline to respond to the Motion to Transfer is February 17, 2023;
- Defendant's deadline to file a reply in support of the Motion to Transfer is February 24, 2023.

Additionally, Defendant requests that this Court stay Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint until after this Court rules on the Motion to Transfer. In the event this Court grants Defendant's Motion to Transfer, Defendant requests that the court to whom the case is assigned set the response deadline. However, in the event this Court denies Defendant's Motion to Transfer, Defendant respectfully requests that this Court set the deadline for Defendant to answer or otherwise respond to the Complaint for 30 days from the date of the Court's ruling on Defendant's Motion to Transfer.

Counsel for Defendant emailed counsel for Plaintiff on January 13, asking if counsel would stipulate to the relief requested herein. Counsel for Plaintiff has not responded.

Dated: January 17, 2023                    WINSTON & STRAWN LLP

                                           By:   /s/ Ronald Y. Rothstein

                                                 Ronald Y. Rothstein (admitted *Pro Hac Vice*)
                                                 WINSTON & STRAWN LLP
                                                 35 W. Wacker Drive
                                                 Chicago, IL 60601-9703
                                                 Telephone:   (312) 558-5600
                                                 Facsimile:   (312) 558-5700

                                                 Rebecca M. Loegering (admitted *Pro Hac Vice*)
                                                 WINSTON & STRAWN LLP
                                                 2121 N. Pearl St., Suite 900
                                                 Dallas, TX 75201
                                                 Telephone:   (214) 453-6500
                                                 Facsimile:   (214) 453-6400

                                                 Attorneys for Defendant
                                                 UNILEVER UNITED STATES INC.