1 | Ronald Y. Rothstein (admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
2 | 35 W. Wacker Drive
Chicago, IL 60601-9703
3 | Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700
4
5 | Rebecca M. Loegering (admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
6 | 2121 N. Pearl St., Suite 900
Dallas, TX 75201
7 | Telephone:   (214) 453-6500
Facsimile:    (214) 453-6400
8 | Attorneys for Defendant
UNILEVER UNITED STATES INC.
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| Margaret Murphy, individually, and on behalf of those similarly situated, | Case No. 3:22-cv-07468-TLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE ON MOTION TO TRANSFER VENUE** |
| v. | |
| Unilever United States, Inc., | |
| Defendant. | |

This matter having come before the Court on Defendant Unilever United States Inc.'s Motion to Set Briefing Schedule on Motion to Transfer Venue (the "Motion"), it is hereby ordered that Defendant's Motion is GRANTED.  The Court enters the following briefing schedule for Defendant's forthcoming Motion to Transfer:

- Defendant's deadline to file a Motion to Transfer is February 3, 2023;
- Plaintiff's deadline to respond to the Motion to Transfer is February 17, 2023;
- Defendant's deadline to file a reply in support of the Motion to Transfer is February 24, 2023.

The Court further orders that Defendant's deadline to answer or otherwise respond to the Complaint is STAYED.  In the event this Court grants Defendant's Motion to Transfer, the court to whom the case is assigned shall set the response deadline.  In the event this Court denies Defendant's Motion to Transfer, the deadline for Defendant to answer or otherwise respond to the Complaint is 30 days from the date of the Court's ruling on Defendant's Motion to Transfer.

IT IS SO ORDERED.

Dated: _____      _____
Honorable Judge Trina L. Thompson
United States District Judge